FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT

★       JUN 03 2005       ★

P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

3M COMPANY

                      Plaintiff,

v.

ASMAD SARGURH
d/b/a CLASSIC 99¢ STORE

                      Defendant.

CV 05 2351
Ross, J.
Gold, M.J.

**[PROPOSED] ORDER
DISSOLVING BOND**

---

**WHEREAS** Plaintiff 3M Company ("3M") filed its Complaint on May 16, 2005 against Defendant Asmad Sargurh d/b/a Classic 99¢ Store ("Defendant"); and

**WHEREAS** Plaintiff sought an *Ex Parte* Seizure Order and Temporary Restraining Order, and a Preliminary Injunction against Defendant; and

**WHEREAS** the Court issued a Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction on May 17, 2005 and Plaintiff served Defendant with a copy of the Court's Order on the same date; and

**WHEREAS** the May 17, 2005 Order required Plaintiff to post security "in the amount of $1,000, for the payment of such costs and damages as may be incurred or suffered by Defendant if Defendant is found to have been wrongfully restrained"; and

**WHEREAS** Plaintiff, by its counsel, filed a bond in the amount of $1,000 with the Clerk of Court on May 17, 2005 and served Defendant with Notice of Filing Bond on the same date; and

**WHEREAS** Defendant consented to the issuance of a Consent Judgment and Permanent Injunction on May 18, 2005, and the Court "So-Ordered" the Judgment on May 24, 2005; and

**WHEREAS** Defendant was not wrongfully restrained and is not entitled to costs or damages;

**IT IS HEREBY ORDERED** that the requirement for a bond as set forth in the Court's May 17, 2005 Order is dissolved; and it is further

**ORDERED** that the Clerk of Court shall issue a check in the amount of $1,000 to Fish & Richardson P.C., attorneys for Plaintiff.

_____
United States District Judge

Dated: Brooklyn, New York
    ~~May __, 2005~~
    June 2,